**Order filed January 24, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00686-CV
_____

**KAREN WAKEFIELD, Appellant**

**V.**

**WELLS FARGO BANK, N.A., Appellee**

On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2011-59422

## O R D E R

Appellant's brief was due January 10, 2013. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **February 25, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM